**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Conalvias USA, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2587735** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2555 Ponce De Leon Blvd., Suite 220** <br> **Coral Gables, FL 33134** <br> Number, Street, City, State & ZIP Code | <br> <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Conalvias USA, LLC**                                                                      Case number (*if known*) _____
            Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

    ☐ Yes.

    If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

    ■ Yes.

    List all cases. If more than 1, attach a separate list

| | Debtor | **Conalvias Construcciones, S.A.A.** | Relationship | **Owner** |
|---|---|---|---|---|
| | District | **Republic of Colombia** When **10/20/15** | Case number, if known | |

| Debtor | **Conalvias USA, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Conalvias USA, LLC**                                         Case number (*if known*) _____
          _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2016**
               _____
               MM / DD / YYYY

**X** **/s/ David J. Craft**                                      **David J. Craft**
   _____          _____
   Signature of authorized representative of debtor       Printed name

Title    **Manager**
         _____

**18. Signature of attorney**

**X** **/s/ Jeffrey Bast, Esq.**                     Date    **December 30, 2016**
   _____                  _____
   Signature of attorney for debtor                          MM / DD / YYYY

**Jeffrey Bast, Esq.**
_____
Printed name

**BAST AMRON LLP**
_____
Firm name

**One Southeast Third Avenue**
**Suite 1400**
**Miami, FL 33131**
_____
Number, Street, City, State & ZIP Code

Contact phone    **305.379.7904**          Email address    **jbast@bastamron.com**
                 _____                   _____

**996343**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Conalvias USA, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 30, 2016**    X **/s/ David J. Craft**
                                              Signature of individual signing on behalf of debtor

                                              **David J. Craft**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name **Conalvias USA, LLC** |
| United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

Part 1:    **Summary of Assets**

---

1.    ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $             **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $     **1,001,199.41**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................    $     **1,001,199.41**

---

Part 2:    **Summary of Liabilities**

---

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $             **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $        **9,039.41**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$    **31,206,425.25**

4.    **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b

| $     **31,215,464.66** |
| --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name  **Conalvias USA, LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citibank, N.A.** | **Checking** | 1008 | $1,199.41 |
| 3.2. | **Citibank, N.A.** | **Checking** | 8088 | $0.00 |
| 3.3. | **Citibank, N.A.** | **Savings** | 3174 | $0.00 |
| 3.4. | **Citibank, N.A.** | **Savings** | 5751 | $0.00 |
| 3.5. | **Citibank, N.A.** | **Checking** | 2961 | $0.00 |
| 3.6. | **Citibank, N.A.** | **Checking** | 6284 | $0.00 |
| 3.7. | **Citibank, N.A.** | **Checking** | 2510 | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Conalvias USA, LLC** | | Case number *(If known)* | |
| | Name | | | |

| | **Citibank, N.A.** | | | |
|---|---|---|---|---|
| 3.8. | Account overdrawn ($40.00) | Checking | 9107 | $0.00 |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**                                                                              | $1,199.41 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:      Real property**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor    **Conalvias USA, LLC**                                    Case number *(If known)* _____
            Name

54. **Does the debtor own or lease any real property?**

�■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

�■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
�■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Management Liability Insurance**<br>**Maxum Casualty Insurance Company**<br>**3655 North Point Parkway, Suite 500**<br>**Alpharetta, GA 30005**<br>**Policy #MLN-6027061-01** | **$1,000,000.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Storage Units**<br>**Extra Space Storage**<br>**855 W. Commercial Blvd.**<br>**Ft. Lauderdale, FL 33309**<br>**Contents: Company Files** | **$0.00** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$1,000,000.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
�■ No
☐ Yes

Debtor    **Conalvias USA, LLC**
Name

Case number *(If known)*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,199.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,001,199.41 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,001,199.41 |

**Fill in this information to identify the case:**

Debtor name  **Conalvias USA, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Conalvias USA, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**Florida Department Of Revenue**
**5050 W. Tennessee St.**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$4,218.98**   Priority amount: **$4,218.98**

Date or dates debt was incurred
**2016**

Last 4 digits of account number **7735**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Payroll Taxes**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address
**I.R.S.**
**C/O Attorney General of the U.S.**
**POB 9 Stop 8000 (51 SW 1 Ave)**
**Miami, FL 33130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**   Priority amount: **$0.00**

Date or dates debt was incurred
**2016**

Last 4 digits of account number **7735**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Payroll Taxes**
**For notification purposes**

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Conalvias USA, LLC**                                                    Case number (if known) _____
_____
Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**I.R.S.**
**c/o Attorney General Of The US**
**950 Pennsylvania Ave., NW #4400**
**Washington, DC 20530-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2016**

Basis for the claim:
**Payroll Taxes**
**For notification purposes**

Last 4 digits of account number **7735**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2016**

Basis for the claim:
**Payroll Taxes**
**For notification purposes**

Last 4 digits of account number **7735**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,820.43 | $4,820.43 |
|---|---|---|---|---|

**IRS**
**Atlanta Service Center**
**POB 47-421**
**Doralville, GA 30362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **7735**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**IRS**
**DP S-661A**
**POB 1064**
**Bensalem, PA 19020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2016**

Basis for the claim:
**Payroll Taxes**
**For notification purposes**

Last 4 digits of account number **7735**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| Debtor | Conalvias USA, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AACON, Inc.**
**200 River Pointe Dr., #306**
**Conroe, TX 77304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2015__

Last 4 digits of account number  _

Basis for the claim:  **Surety/Insurance Industry Agent**
**For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,210.35 |
|---|---|---|---|

**ADT Security Services**
**3700 Coporate Drive**
**Suite 240**
**Columbus, OH 43231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2015-2016__

Last 4 digits of account number  __7761__

Basis for the claim:  **Security Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brennan & Clark Ltd.**
**721 E Madison**
**Suite 200**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __R594__

Basis for the claim:  **Collection Company**
**Origianl Creditor: Paychex, Inc.**
**For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,203.27 |
|---|---|---|---|

**Bridgefield Employers Insurance Company**
**PO Box 32034**
**Lakeland, FL 33802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/12/15 - 02/18/16__

Last 4 digits of account number  __8710__

Basis for the claim:  **Worker's Comp Collection Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridgefield Employers Insurance Company**
**c/o Dale Gardner Jacobs, P.A.**
**4915 Southfork Dr.**
**Lakeland, FL 33813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  __8710__

Basis for the claim:  **Attorneys for Bridgfield Employers Insurance**
**Company**
**For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carelia Parra**
**c/o Kristin H. Wollan, Esq.**
**2070 McGregor Blvd., Suite 1**
**Fort Myers, FL 33901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  __A268__

Basis for the claim:  **Attorneys for Carelia Parra, planitiff in Case No.**
**2016CA268**
**For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Conalvias USA, LLC**                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**CHUBB Group of Insurance Companies**
**3 Mountain View Road**
**Warren, NJ 07059**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Surety Underwriter**
**For notification purposes**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | **$724.55** |

**Citibank N.A.**
**POB 6241**
**Sioux Falls, SD 57117-6241**

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number  **4510**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | **$30,960,000.00** |

**CNA Surety**
**c/o Michael Groman, Vice Presdient Suret**
**6011 University Blvd., Suite 490**
**Ellicott City, MD 21043**

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number  **9375,9369,6364**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Construction Bond Company**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**CNA Surety**
**333 S. Wabash Avenue, 41st Floor**
**Chicago, IL 60604**

Date(s) debt was incurred _____

Last 4 digits of account number  **9375,9369,6364**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bond Company**
**For notification purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | **$1,312.71** |

**Enterprise Holding**
**1905 Boy Scout Dr**
**Ft Myers, FL 33907**

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number  **5275**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental Car Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Ford Credit**
**POB 790119**
**Saint Louis, MO 63179**

Date(s) debt was incurred _____

Last 4 digits of account number  **4020**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible deficiency owed after sale of 2015 Ford F250**
**For notification purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**GE Capital**
**POB 740425**
**Atlanta, GA 30374-0425**

Date(s) debt was incurred _____

Last 4 digits of account number  **5823**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible deficiency for lease of Bobcat Mini**
**Excavator**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Conalvias USA, LLC**                                          Case number (if known) _____
        Name

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| | **GE Capital** | ☐ Contingent |
| | **308 E. John Carpenter Freeway** | ☐ Unliquidated |
| | **Irving, TX 75062-2712** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Possible deficiency for lease of Bobcat Mini__ |
| | Last 4 digits of account number **5823** | __Excavator__ |
| | | **For notification purposes** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$13,800.28** |
| | **GreatAmerica Financial Services, Corp.** | ☐ Contingent |
| | **625 First St. SE** | ☐ Unliquidated |
| | **Cedar Rapids, IA 52401** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Possible deficiency on lease of various construction__ |
| | Last 4 digits of account number **0000** | __equipment__ |
| | | **For notification purposes** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| | **Kelley Tractor Co.** | ☐ Contingent |
| | **8255 NW 58 St.** | ☐ Unliquidated |
| | **Miami, FL 33166** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Construction Equipment Rental Services__ |
| | Last 4 digits of account number **1556** | **For notification purposes** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| | **Kelly Tractor Co.** | ☐ Contingent |
| | **c/o Rachel A. Camber, Esq.** | ☐ Unliquidated |
| | **9130 S. Dadeland Blvd., #1800** | ☐ Disputed |
| | **Miami, FL 33156** | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Attorneys for Kelley Tractor Co.__ |
| | Last 4 digits of account number **9300** | **For notification purposes** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$4,590.39** |
| | **Liberty Mutual Insurance** | ☐ Contingent |
| | **POB 2027** | ☐ Unliquidated |
| | **Keene, NH 03431** | ☐ Disputed |
| | Date(s) debt was incurred **2015** | **Basis for the claim:** __Insurance Premiums__ |
| | Last 4 digits of account number **4200** | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| | **Liberty Mutual Insurance** | ☐ Contingent |
| | **175 Berkeley Street** | ☐ Unliquidated |
| | **Boston, MA 02116** | ☐ Disputed |
| | Date(s) debt was incurred **2015** | **Basis for the claim:** __Insurance Premiums__ |
| | Last 4 digits of account number **2400** | **For notification purposes** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Conalvias USA, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Liberty Mutual Insurance Company**
2055 Sugarloaf Circle, #275
Duluth, GA 30097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **9673**

Basis for the claim:  **Plaintiff in breach lawsuit with Case No. 16-09673 in the Northern District of Illinois, Eastern Division**
**For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Linder Industrial Machinery Company**
c/o Eduardo F. Morrell, Esq.
902 S. Florida Ave., Suite 205
Lakeland, FL 33803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3658**

Basis for the claim:  **Attorney for Linder Industrial Company**
**For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Linder Industrial Machinery Company**
1601 S. Frontage Rd.
Plant City, FL 33563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3658**

Basis for the claim:  **Potential breach of settlement agreement**
**For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$752.39**

**Mobile Modular**
POB 59838
Schaumburg, IL 60159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number  **3251**

Basis for the claim:  **Mobile Office Rental Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mobile Modular**
c/o The Leviton Law Firm Ltd.
3 Golf Center, Suite 361
Hoffman Estates, IL 60169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number  **3251**

Basis for the claim:  **Collection Attorneys**
**Original Creditor: Mobile Modular**
**For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.99**

**Modular Space Corporation**
1200 Swedesford RD
Berwyn, PA 19312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **3141**

Basis for the claim:  **Mobile Office Rental Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,046.25**

**Paychex, Inc.**
970 Lake Carillon Dr., #400
Saint Petersburg, FL 33716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **R594**

Basis for the claim:  **Payroll Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **Conalvias USA, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,460.50** |
|---|---|---|---|
| | **Peckar & Abramson**<br>**70 Grand Aveenue**<br>**River Edge, NJ 07661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2015-2016** | **Basis for the claim:  Legal Services** | |
| | **Last 4 digits of account number  3990** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Phillips & Cohen Associates, Ltd.**<br>**POB 5790**<br>**Hauppauge, NY 11788-0164** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2016** | **Basis for the claim:  Collection Account**<br>**Original Creditor: Citibank, N.A.**<br>**For notification purposes** | |
| | **Last 4 digits of account number  0416** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Phillips & Cohen Associates, Ltd.**<br>**Mail Stop: 854**<br>**1004 Justison St.**<br>**Wilmington, DE 19801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2016** | **Basis for the claim:  Collection Account**<br>**Original Creditor: Citibank, N.A.**<br>**For notification purposes** | |
| | **Last 4 digits of account number  0416** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,062.09** |
|---|---|---|---|
| | **Pinelas County Utilities**<br>**POB 1780**<br>**Clearwater, FL 33757** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2015-2016** | **Basis for the claim:  Utility Services** | |
| | **Last 4 digits of account number  7190** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Pinellas County Attorney's Office**<br>**c/o Joseph A. Morrissey**<br>**315 Court Street**<br>**Clearwater, FL 33756** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2016** | **Basis for the claim:  Attorney for Pinellas County Utilities**<br>**For notification purposes** | |
| | **Last 4 digits of account number  7190** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$667.68** |
|---|---|---|---|
| | **Preferred Materials Inc.**<br>**4636 Scarborough Dr.**<br>**Lutz, FL 33559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  10/22/15-12/10/15** | **Basis for the claim:  Construction Materials** | |
| | **Last 4 digits of account number  1604** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,615.50** |
|---|---|---|---|
| | **Professional Service Industries, Inc.**<br>**POB 74008418**<br>**Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  01/14/16 - 09/30/16** | **Basis for the claim:  Engineering Consulting Fees** | |
| | **Last 4 digits of account number  9546** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Conalvias USA, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Professional Service Industries, Inc.**
**Corporate Headquarters**
**1901 S. Meyers Rd., Suite 400**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/14/16 - 09/30/16

**Basis for the claim:  Engineering Consulting Fees**
**For notification purposes**

Last 4 digits of account number  9546

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,139.44 |
|---|---|---|---|

**Ready Refresh**
**#215 666 Dixie Hwy**
**Suite 4**
**Louisville, KY 40258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015-2016

**Basis for the claim:  Water Services**

Last 4 digits of account number  4050

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RMS**
**POB 361595**
**Columbus, OH 43236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:  Collection Account**
**Original Creditor: Xerox Corp.**
**For Notification Purposes**

Last 4 digits of account number  9109

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Continental Insurance Company**
**333 South Wabash Avenue**
**41st Floor**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:  Plaintiff in breach lawsuit with Case No. 16-09673 in**
**the Northern District of Illinois, Eastern Division**
**For notification purposes**

Last 4 digits of account number  9673

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Continental Insurance Company**
**Riordan, McKee, & Piper, LLC**
**c/o Harold E. McKee, Esq.**
**20 N. Wicker Drive, Suite 910**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:  Attorneys for The Continental Insurance Company**
**and Liberty Mutual Insurance Company in breach lawsuit with Case**
**No. 16-09673 in the Northern District of Illinois, Eastern Division**
**For notification purposes**

Last 4 digits of account number  9673

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431.79 |
|---|---|---|---|

**United Site Services of Florida, Inc.**
**POB 660475**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015-2016

**Basis for the claim:  Equipment Rental**

Last 4 digits of account number  7413

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Conalvias USA, LLC**                                                Case number *(if known)* _____

_____
Name

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,456.81** |

**Universal Engineering Sciences**
**1748 Independece Boulevard**
**Suite B-1**
**Sarasota, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/04/16 - 10/28/16**

Basis for the claim:  **Engineering Services**

Last 4 digits of account number  **0046**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Valentine & Kebartas, LLC**
**POB 235**
**Lawrence, MA 01842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Collection Account**
**Original Creditor ADT Security Services**
**For notification purposes**

Last 4 digits of account number  **0121**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,537.30** |

**Vision Ace Hardware Arcadia**
**1009 North Brevard Ave**
**Arcadia, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Materials Supply Services**

Last 4 digits of account number  **0124**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,944.45** |

**Wex Bank**
**225 Gorham Road**
**South Portland, ME 04106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015-2016**

Basis for the claim:  **Fuel Credit Card**

Last 4 digits of account number  **4969**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$947.87** |

**Windham Professionals**
**382 Main Street**
**Salem, NH 03079-2412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Collection account**
**Original creditor: Comcast Corporation**
**Client ID: 28938027**

Last 4 digits of account number  **0092**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**World Omni**
**POB 8500**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Possible deficiency owed after sale of 2015 Toyota**
**Rav 4**
**For notification purposes**

Last 4 digits of account number  **6958**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,590.94** |

**Xerox Corp**
**POB 361595**
**Columbus, OH 43236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015-2016**

Basis for the claim:  **Photo Copy Machine Rentals**

Last 4 digits of account number  **9109**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Conalvias USA, LLC**                                          Case number *(if known)* _____
_____
    Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $819.70 |

**Zephyrhills**
**Nestle Waters North America, Inc.**
**#215 6661 Dixie Hwy, Suite 4**
**Louisville, KY 40258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015-2016**

Basis for the claim:  **Water Supply Services**

Last 4 digits of account number  **4050**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. $ | 9,039.41 |
| 5b. Total claims from Part 2 | 5b. + $ | 31,206,425.25 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 31,215,464.66 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Conalvias USA, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Disbursement Control Agreement** |
| State the term remaining | **Specific Performance Completion** |
| List the contract number of any government contract | **AACON, Inc.**<br>**200 River Pointe Drive, #306**<br>**Conroe, TX 77304** |

**Fill in this information to identify the case:**

Debtor name **Conalvias USA, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Agremezclas S.A.S.** | **K 3 N 39N 23**<br>**Cali, Valle del Cauca**<br>**Republic of Colombia** | **CNA Surety** | ☐ D ____<br>■ E/F ___3.9___<br>☐ G ____ |
| 2.2 | **Conalvias Construcciones S.A.S.** | **Carrera 3 Norte # 39n-23**<br>**Cali**<br>**Republic of Colombia** | **CNA Surety** | ☐ D ____<br>■ E/F ___3.9___<br>☐ G ____ |
| 2.3 | **Infraestructura Concesionada S.A.S.** | **Calle 94 a No. 11 a-36 Piso 3**<br>**Bogota**<br>**Republic of Colombia** | **CNA Surety** | ☐ D ____<br>■ E/F ___3.9___<br>☐ G ____ |
| 2.4 | **Patria S.A.S.** | **Calle 94 A N 11A-50 Piso 2**<br>**Bogota**<br>**Republic of Colombia** | **CNA Surety** | ☐ D ____<br>■ E/F ___3.9___<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Conalvias USA, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$-3,072,519.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$11,340.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Conalvias USA, LLC | Case number *(if known)* |
|--------|--------------------|--------------------------|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. David J. Craft<br>170 Ocean Lane Dr., #806<br>Key Biscayne, FL 33149<br>Manager | 10/19/16 | $12,717.04 | Reimbursement for Settlement Payment from Lawsuit |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. The Continental Insurance Company and Liberty Mutual Insurance Company<br>v.<br>Conalvias USA, LLC, et al<br>16-09673 | Civil | United States District Court Northern District of Illinois Eastern Division<br>219 South Dearborn St.<br>Chicago, IL 60604 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Carelia Parra,<br>v.<br>Conalvias USA, LLC, & James Maguire Sasser<br>2016CA268 | Auto Negligence | Twelfth Judicial Circuit in and for<br>DeSoto County, Florida<br>115 East Oak Street<br>Arcadia, FL 34266 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. Kelly Tractor Co.<br>v.<br>Conalvias USA, LLC, et al<br>16-006443 CC 26 | Breach Of Contract | County Court in and for Miami-Dade<br>73 West Flagler St.<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Conalvias USA, LLC**_____    Case number *(if known)*_____

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **F350 Chassis**<br>**Sold to fomer employee for $500. Former employee closed bank account prior to check being processed.** | **None** | **01/2016** | **Unknown** |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bast Amron LLP**<br>**Suntrust International Centre**<br>**One Southeast Thrid Ave.**<br>**Suite 1400**<br>**Miami, FL 33131** | | **12/19/16** | **$15,335.00** |
| | **Email or website address**<br>**www.bastamron.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Conalvias Construccion S.A.S.** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

---

Debtor   **Conalvias USA, LLC**                                                                    Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **CarMax, Inc.**<br>**2550 Roosevelt Blvd.**<br>**Clearwater, FL 33760** | **2011 Ford F150** | **01/29/2016** | **$9,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.2. | **CarMax, Inc.**<br>**3000 Colonial Blvd.**<br>**Fort Myers, FL 33966** | **2011 Ford F250** | **02/01/16** | **$14,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.3. | **Nitro Trucking, Inc.**<br>**4847 Hull Ave**<br>**Fort Ogden, FL 34267** | **MOT F350** | **01/2016** | **$3,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.4. | **CarMax, Inc.**<br>**1700 NW 36 St.**<br>**Pompano Beach, FL 33064** | **2013 Hyudnai Elantra** | **11/23/2015** | **$9,500.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.5. | **CarMax, Inc.**<br>**1700 NW 36 St.**<br>**Pompano Beach, FL 33064** | **2015 Ford F250**<br>**Ford Credit held lien in the amount of**<br>**$32,009.93 as of date of transfer** | **02/08/2016** | **$27,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.6. | **CarMax, Inc.**<br>**1700 NW 36 St.**<br>**Pompano Beach, FL 33064** | **2015 Toyota Rav4**<br>**World Omni held lien in the amount of**<br>**$17,921.33 as of date of transfer** | **02/16/2016** | **$16,000.00** |
| | Relationship to debtor<br>**None** | | | |

Debtor  **Conalvias USA, LLC**                                      Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.7<br>. | **Bayside Machinery Company,<br>Inc.**<br>**2719 Fairfield Ave. South**<br>**Saint Petersburg, FL 33712** | **330 CL Caterpillar Hydraulic Excavatir** | **01/2016** | **$20,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.8<br>. | **CarMax, Inc.**<br>**3808 14th St. West**<br>**Bradenton, FL 34205** | **2010 Ford F150** | **02/01/16** | **$10,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.9<br>. | **CarMax, Inc.**<br>**3808 14th St. West**<br>**Bradenton, FL 34205** | **2012 Ford F150** | **02/01/16** | **$8,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>0. | **CarMax, Inc.**<br>**1700 NW 36 St.**<br>**Pompano Beach, FL 33064** | **2012 Ford Edge**<br>**Ford Credit held lien at time of transfer,<br>amount reflected is net proceeds** | | **$465.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>1. | **David J. Craft**<br>**170 Ocean Lane Dr., #806**<br>**Key Biscayne, FL 33149** | **2013 Ford Explorer** | **11/23/2015** | **$21,000.00** |
| | Relationship to debtor<br>**Manager** | | | |
| 13.1<br>2. | **CNA Surety**<br>**333 S. Wabash Ave., 41st<br>Floor**<br>**Chicago, IL 60604** | **Debtor surrendered all accounts<br>receivables, materials, and equipment<br>pursuant to General Agreement of<br>Indemnity and Memorandum of<br>Understanding with the surety.** | **10//16/2015** | **Unknown** |
| | Relationship to debtor<br>**Surety/Bond Company** | | | |

**Part 7:**  Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

Debtor  **Conalvias USA, LLC** _____  Case number *(if known)* _____

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1001 NW 62 St., Suite 200 Building 2 Fort Lauderdale, FL 33309** | **2013 - 2015** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐  No. Go to Part 10.
■  Yes. Does the debtor serve as plan administrator?

    ☐  No Go to Part 10.
    ■  Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Conalvias USA LLC 401(k) Plan (Mass Mutual Financial Group)** | EIN:  **826406** |

Has the plan been terminated?
☐  No
■  Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Citibank, N.A. POB 769018 San Antonio, TX 78245** | **XXXX-6979** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **12/28/2015** | **$3,366.05** |

Debtor  **Conalvias USA, LLC**                                          Case number *(if known)*_____

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

�■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**855 W. Commercial Blvd.**<br>**Fort Lauderdale, FL 33309** | **Storage Units**<br>**Marilu Nino**<br>**1001 Cypress Creek**<br>**Rd.,Build 2 Suite 200**<br>**Ft. Lauderdale, FL 33309** | **Company Files** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Debtor | Conalvias USA, LLC | Case number *(if known)* | |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<div style="background:black;color:white">

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

</div>

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **E. F. Alvarez & Company, P.A.**<br>**782 NW 42nd Ave, Suite 545**<br>**Miami, FL 33126** | **2013 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **E.F. Alvarez & Company, P.A.**<br>**782 NW 42 Ave., Suite 545**<br>**Miami, FL 33126** | **02/15/2015,**<br>**04/20/2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **E.F. Alvarez & Company, P.A.**<br>    **782 NW 42nd Ave., Suite 545**<br>    **Miami, FL 33126** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

---

Debtor     **Conalvias USA, LLC**_____     Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David J. Craft | 2555 Ponce De Leon Blvd., Suite 220 Coral Gables, FL 33134 | Manager | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Juan David Jaramillo | 2555 Ponce De Leon Blvd., Suite 220 Coral Gables, FL 33134 | Manager | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Juan Hernandez, Sr. | 1001 NW 62nd St., Suite 200 Fort Lauderdale, FL 33309 | Director | 12/14/2015 - 01/12/2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Conalvias USA, LLC**                                      Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2016**

**/s/ David J. Craft**                                      **David J. Craft**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   __Conalvias USA, LLC_____     Case No. _____

                                        Debtor(s)            Chapter   __7_____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   __December 30, 2016_____          __/s/ David J. Craft_____
                                              __David J. Craft__/Manager
                                              Signer/Title

AACON, Inc.
200 River Pointe Dr., #306
Conroe, TX 77304


AACON, Inc.
200 River Pointe Drive, #306
Conroe, TX 77304


ADT Security Services
3700 Coporate Drive
Suite 240
Columbus, OH 43231


Brennan & Clark Ltd.
721 E Madison
Suite 200
Villa Park, IL 60181


Bridgefield Employers Insurance Company
PO Box 32034
Lakeland, FL 33802


Bridgefield Employers Insurance Company
c/o Dale Gardner Jacobs, P.A.
4915 Southfork Dr.
Lakeland, FL 33813


Carelia Parra
c/o Kristin H. Wollan, Esq.
2070 McGregor Blvd., Suite 1
Fort Myers, FL 33901


CHUBB Group of Insurance Companies
3 Mountain View Road
Warren, NJ 07059


Citibank N.A.
POB 6241
Sioux Falls, SD 57117-6241


CNA Surety
c/o Michael Groman, Vice Presdient Suret
6011 University Blvd., Suite 490
Ellicott City, MD 21043

```
CNA Surety
333 S. Wabash Avenue, 41st Floor
Chicago, IL 60604


Enterprise Holding
1905 Boy Scout Dr
Ft Myers, FL 33907


Florida Department Of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399


Ford Credit
POB 790119
Saint Louis, MO 63179


GE Capital
POB 740425
Atlanta, GA 30374-0425


GE Capital
308 E. John Carpenter Freeway
Irving, TX 75062-2712


GreatAmerica Financial Services, Corp.
625 First St. SE
Cedar Rapids, IA 52401


I.R.S.
C/O Attorney General of the U.S.
POB 9 Stop 8000 (51 SW 1 Ave)
Miami, FL 33130


I.R.S.
c/o Attorney General Of The US
950 Pennsylvania Ave., NW #4400
Washington, DC 20530-0001


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346
```

IRS
Atlanta Service Center
POB 47-421
Doralville, GA 30362


IRS
DP S-661A
POB 1064
Bensalem, PA 19020


Kelley Tractor Co.
8255 NW 58 St.
Miami, FL 33166


Kelly Tractor Co.
c/o Rachel A. Camber, Esq.
9130 S. Dadeland Blvd., #1800
Miami, FL 33156


Liberty Mutual Insurance
POB 2027
Keene, NH 03431


Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116


Liberty Mutual Insurance Company
2055 Sugarloaf Circle, #275
Duluth, GA 30097


Linder Industrial Machinery Company
c/o Eduardo F. Morrell, Esq.
902 S. Florida Ave., Suite 205
Lakeland, FL 33803


Linder Industrial Machinery Company
1601 S. Frontage Rd.
Plant City, FL 33563


Mobile Modular
POB 59838
Schaumburg, IL 60159

Mobile Modular
c/o The Leviton Law Firm Ltd.
3 Golf Center, Suite 361
Hoffman Estates, IL 60169


Modular Space Corporation
1200 Swedesford RD
Berwyn, PA 19312


Paychex, Inc.
970 Lake Carillon Dr., #400
Saint Petersburg, FL 33716


Peckar & Abramson
70 Grand Aveenue
River Edge, NJ 07661


Phillips & Cohen Associates, Ltd.
POB 5790
Hauppauge, NY 11788-0164


Phillips & Cohen Associates, Ltd.
Mail Stop: 854
1004 Justison St.
Wilmington, DE 19801


Pinelas County Utilities
POB 1780
Clearwater, FL 33757


Pinellas County Attorney's Office
c/o Joseph A. Morrissey
315 Court Street
Clearwater, FL 33756


Preferred Materials Inc.
4636 Scarborough Dr.
Lutz, FL 33559


Professional Service Industries, Inc.
POB 74008418
Chicago, IL 60674

Professional Service Industries, Inc.
Corporate Headquarters
1901 S. Meyers Rd., Suite 400
Villa Park, IL 60181


Ready Refresh
#215 666 Dixie Hwy
Suite 4
Louisville, KY 40258


RMS
POB 361595
Columbus, OH 43236


The Continental Insurance Company
333 South Wabash Avenue
41st Floor
Chicago, IL 60604


The Continental Insurance Company
Riordan, McKee, & Piper, LLC
c/o Harold E. McKee, Esq.
20 N. Wicker Drive, Suite 910
Chicago, IL 60606


United Site Services of Florida, Inc.
POB 660475
Dallas, TX 75266


Universal Engineering Sciences
1748 Independece Boulevard
Suite B-1
Sarasota, FL 34234


Valentine & Kebartas, LLC
POB 235
Lawrence, MA 01842


Vision Ace Hardware Arcadia
1009 North Brevard Ave
Arcadia, FL


Wex Bank
225 Gorham Road
South Portland, ME 04106

```
Windham Professionals
382 Main Street
Salem, NH 03079-2412


World Omni
POB 8500
Philadelphia, PA 19178


Xerox Corp
POB 361595
Columbus, OH 43236


Zephyrhills
Nestle Waters North America, Inc.
#215 6661 Dixie Hwy, Suite 4
Louisville, KY 40258
```